FILED
CLERK, U.S. DISTRICT COURT

10/25/2017

CENTRAL DISTRICT OF CALIFORNIA
BY:   CW   DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR LOPEZ,**<br>               Plaintiff,<br><br>    v.<br><br>Newport Beach Police Department,<br>City of Newport Beach, Vladimir Anderson of Newport Beach Police Dep't in his individual capacity,<br>Newport Coast Elementary,<br>Newport Mesa Unified School District, and<br>Does 1-100,<br><br>               Defendants. | No. SA CV 17-00845-VBF-MRW<br><br>**FINAL JUDGMENT** |

    Pursuant to the Order Denying the IFP Request and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all the defendants and against plaintiff Arthur Lopez.**

Dated: October 25, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge